# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:05MC339

| | |
|---|---|
| IN RE SUBPOENA ISSUED TO ROBERT LOUNSBERRY <br><br> in <br><br> MARY PAT CAVANAUGH, et al., <br>     Plaintiffs, <br><br> vs. <br><br> SPRINT/UNITED MANAGEMENT COMPANY, <br>     Defendant. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion to Quash" (Document No. 1) and "Brief in Support ..." (Document No. 1), filed November 14, 2005 by Robert C. Lounsberry. On November 15, 2005, James White, counsel for Mr. Lounsberry, informed the undersigned's staff that the parties had reached an agreement resolving the issue. As such, the Court will deny the Motion as moot.

**IT IS, THEREFORE, ORDERED** that "Motion to Quash" (Document No. 1) is **DENIED AS MOOT**.

**Signed: November 15, 2005**

_David C. Keesler_
David C. Keesler
United States Magistrate Judge